# EXHIBIT B



Source: https://search.rpxcorp.com/lit/pamdce-102359-catanzaro-v-rite-aid