# EXHIBIT D

A) *Bowl with Human Feet, produced ca. 3900–3650 B.C.*






**Bowl with Human Feet**

| | |
|---|---|
| **Period:** | Predynastic, Late Naqada I–Naqada II |
| **Date:** | ca. 3900–3650 B.C. |
| **Geography:** | From Egypt |
| **Medium:** | Polished red pottery |
| **Dimensions:** | diam. 13.2 x W. 13.7 x D. 9.8 cm (5 3/16 x 5 3/8 x 3 7/8 in.) |
| **Credit Line:** | Rogers Fund, 1910 |
| **Accession Number:** | 10.176.113 |

B) *Grimace,* produced ca. 1985




C) Kellogg Company bowls and cups, produced ca. 1981



D) Milton Bradley *Bash*, produced ca. 1965





E)   Carlton Walking Ware, produced ca. 1980

