# EXHIBIT F

| 08/777,032 | TOOTHBRUSH ASSEMBLY | 01-26-2017::15:11:10 |

# Patent Assignment Abstract of Title

**Total Assignments:** 2

| | | | |
|---|---|---|---|
| **Application #:** 08777032 | **Filing Dt:** 12/30/1996 | **Patent #:** 6026532 | **Issue Dt:** 02/22/2000 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** NONE | **Pub Dt:** |
| **Inventor:** DAVID CATANZARO | | | |
| **Title:** TOOTHBRUSH ASSEMBLY | | | |

**Assignment: 1**

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 026415 / 0151 | **Received:** 06/09/2011 | **Recorded:** 06/09/2011 | **Mailed:** 06/09/2011 | **Pages:** 2 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** CATANZARO, DAVID  **Exec Dt:** 02/28/2011

**Assignee:** CHURCH & DWIGHT CO., INC.
469 NORTH HARRISON STREET
LAW DEPT. -- PATENTS
PRINCETON, NEW JERSEY 08543-5297

**Correspondent:** JANET B. RUBINSTEIN
469 NORTH HARRISON STREET
CHURCH & DWIGHT CO., INC. LAW DEPT.
PRINCETON, NJ 08543-5297

**Assignment: 2**

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** 039682 / 0199 | **Received:** 09/09/2016 | **Recorded:** 09/09/2016 | **Mailed:** 09/12/2016 | **Pages:** 2 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** CHURCH & DEWIGHT CO., INC.  **Exec Dt:** 08/31/2016

**Assignee:** CATANZARO, DAVID
286 UPPER POWDERLY ST
CARBONDALE, PENNSYLVANIA 18407-3060

**Correspondent:** DAVID CATANZARO
286 UPPER POWDERLY ST.
CARBONDALE, PA 18407

Search Results as of: 01/26/2017 15:11:03 PM

**Disclaimer:**
Assignment information on the assignment database reflects assignment documents that have been actually recorded.
If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

**Close Window**