IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, <br>           Plaintiff, <br><br> v. <br><br> DAVID J. CATANZARO <br>           Defendant. | Docket No. <br><br><br> JURY DEMAND |

## DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, Dan Schantz Farm & Greenhouses, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Date:  01.27.17

_____
Signature

Counsel for:  Dan Schantz Farm & Greenhouses, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a)    WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    (b)    TIME FOR FILING; SUPPLEMENTAL FILING. A party must:

        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

        (2)    promptly file a supplemental statement upon any change in the information that the statement requires.