# Affidavit of State Constable

USDC for the E.D. of PA Docket No. 17-00403-JLS
(NAME OF COURT)

Don Schantz Farm & Greenhouses LLC.    vs    David J. Catanzaro    17-00403-JLS
PLAINTIFF/PETITIONER              DEFENDANT/RESPONDENT      CASE NUMBER

I, Roger Metzgar, PSC, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served David J. Catanzaro
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons, Complaint for Declaratory Judgement, Designation form Disclosure Statement, Case Management Track Designation.

by leaving with David J. Catanzaro    Defendant    At
                    NAME                  RELATIONSHIP

☒ Residence 286 Upper Powderly ST., Carbondale PA 18407
             ADDRESS                    CITY / STATE

☐ Business _____
             ADDRESS                    CITY / STATE

On 03 February 2017    AT  11:00
    DATE                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on  NA
                                                                                  DATE
from  NA
      CITY    STATE    ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

**Service Attempts:** Service was attempted on: (1) _____  (2) _____
                                                    DATE    TIME        DATE    TIME
(3) _____  (4) _____  (5) _____
    DATE    TIME        DATE    TIME        DATE    TIME

**Description:** Age 50  Sex M  Race W  Height 5-8  Weight 240  Hair B/G  Beard N  Glasses N

SIGNATURE OF POLICE CONSTABLE

OFFICE PENNSYLVANIA STATE CONSTABLE
TOBYHANNA TOWNSHIP MONROE COUNTY
ROGER METZGAR, POLICE CONSTABLE
P.O. BOX 124, POCONO MANOR, PA 18349
OFFICE: (570)977-1028  FAX(570)646-3130
CONSTABLE58@HOTMAIL.COM