IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, <br>                           Plaintiff, <br><br> v. <br><br> DAVID J. CATANZARO <br>                           Defendant | CIVIL ACTION <br><br> NO. 5:2017-cv-00403 <br><br> THE HONORABLE <br> JEFFREY L. SCHMEHL |

## MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendant David J. Catanzaro and Plaintiff Dan Schantz Farm & Greenhouses, LLC by and through its counsel, agree to allow Defendant 45 days from the day of service to answer or respond to the complaint filed against Defendant. Defendant hereby asks this honorable court to allow him up to and including March 20th, 2017 to answer or respond to said complaint.

Respectfully submitted,

*s/ David J. Catanzaro*
David J. Catanzaro
Defendent *Pro Se*
286 Upper Powderly Street
Carbondale, PA  18407
Phone: (570) 282-4889
E-mail: davidjosephus@aol.com

**IT IS SO ORDERED:**

_____
HON. JEFFREY L. SCHMEHL
United States District Court Judge

## CERTIFICATE OF CONCURRENCE

I, David J. Catanzaro the Defendant, hereby certify that I have contacted Plaintiff's counsel Douglas Panzer regarding his concurrence in this Motion and he indicated to me that he concurs in this Motion Requesting Court Order Approving the Extension of Time to Answer Complaint.

/s/ David J. Catanzaro
Defendent *Pro Se*

David Catanzaro
Defendent *Pro Se*
286 Upper Powderly Street
Carbondale, PA 18407

LEHIGH VALLEY



US court house and federal building
The clerk's office suite 1601
504 west Hamilton St.
Allentown, pa 18101

18101-153199