# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, <br><br> Plaintiff <br><br> v. <br><br> DAVID J. CATANZARO <br><br> Defendant | CIVIL ACTION <br><br> No. 5:2017-cv-00403 <br><br> THE HONORABLE <br> JEFFREY L. SCHMEHL |

FILED
FEB 23 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendant David J. Catanzaro and Plaintiff Dan Schantz Farm & Greenhouses, LLC by and through its counsel, agree to allow Defendant 45 days from the day of service to answer or respond to the complaint filed against Defendant. Defendant hereby asks this honorable court to allow him up to and including March 20th, 2017 to answer or respond to said complaint.

Respectfully submitted,

*s/ David J. Catanzaro*
David J. Catanzaro
Defendent *Pro Se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 282-4889
E-mail: davidjosephus@aol.com

IT IS SO ORDERED:

DATE: FEB. 22, 2017

HON. JEFFREY L. SCHMEHL
United States District Court Judge