IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, | : : | |
| Plaintiff, | : : | Docket No. 5:17-cv-00403-JLS |
| v. | : : | |
| DAVID J. CATANZARO, | : : | |
| Defendant. | : | |

### [Proposed] ORDER

Now, this ____ day of _____, 2017, the Honorable Jeffrey L. Schmehl, having considered Defendant David J. Catanzaro's Motion to Dismiss, and the parties' briefs and arguments in relation thereto, Defendant's Motion to Dismiss is DENIED.

SO ORDERED:

_____
Hon. Jeffrey L. Schmehl