IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, | : | Docket No. |
| Plaintiff, | : | 5:17-cv-00403-JLS |
| | : | |
| v. | : | **JURY DEMAND** |
| | : | |
| DAVID J. CATANZARO, | : | **ORAL ARGUMENT** |
| Defendant. | : | **REQUESTED** |
| | : | |

### CERTIFICATE OF SERVICE

I, Douglas Panzer, attorney for Dan Schantz Farm & Greenhouses, LLC, hereby certify that I have filed Plaintiff's Response in Opposition to Defendant's Motion to Dismiss electronically and it is available for viewing on-line. Additionally, I have mailed a copy by first class mail, postage prepaid, to the following:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407

FITZPATRICK LENTZ & BUBBA, P.C.

Date: 3/30/2017

BY: _____
Douglas Panzer
PA Bar I.D. #203354
Attorney for Plaintiff
4001 Schoolhouse Lane
P.O. Box 219
Center Valley, PA 18034-0219
(610) 797-9000