# EXHIBIT C

| Date | Time | From | Dialed | Target | Length |
|---|---|---|---|---|---|
| 3/16/2017 | 10:58:07 EDT | 5702824889 | 6107979000 | 390 | 0:11:53 |
| 2/22/2017 | 09:15:22 EDT | 11442031375084 | 6107979000 | 390 | 0:00:28 |
| 2/17/2017 | 10:25:43 EDT | 11442031375084 | 6107979000 | 390 | 0:00:18 |
| 2/16/2017 | 12:18:09 EDT | 5702824889 | 6107979000 | 390 | 0:02:00 |
| 2/16/2017 | 09:57:13 EDT | 11442031375084 | 6107979000 | 390 | 0:00:24 |
| 2/9/2017 | 16:47:52 EDT | 442081338635 | 6107979000 | 390 | 0:00:36 |
| 2/8/2017 | 12:02:44 EDT | 442081338635 | 6107979000 | 390 | 0:00:44 |
| 2/7/2017 | 11:01:01 EDT | Private Caller | 6107979000 | 390 | 0:00:23 |
| 2/3/2017 | 11:04:26 EDT | 5702824889 | 6107979000 | 390 | 0:00:30 |
| 2/2/2017 | 15:06:56 EDT | 5702824889 | 6107979000 | 390 | 0:02:41 |
| 2/2/2017 | 10:06:45 EDT | 5702824889 | 6107979000 | 390 | 0:21:48 |
| 2/2/2017 | 09:01:56 EDT | 442031375084 | 6107979000 | 390 | 0:00:24 |
| 2/1/2017 | 16:39:48 EDT | 5702824889 | 6107979000 | 390 | 0:14:01 |
| 2/1/2017 | 15:31:57 EDT | 5702824889 | 6107979000 | 390 | 0:23:58 |
| 2/1/2017 | 14:24:51 EDT | 5702824889 | 6107979000 | 390 | 0:02:29 |
| 2/1/2017 | 09:03:33 EDT | 442031375084 | 6107979000 | 390 | 0:00:53 |
| 1/31/2017 | 08:45:24 EDT | 11442031375084 | 6107979000 | 390 | 0:00:28 |
| 1/30/2017 | 08:18:42 EDT | 442031375084 | 6107979000 | 390 | 0:00:28 |
| 1/27/2017 | 08:33:40 EDT | Private Caller | 6107979000 | 390 | 0:00:16 |
| 1/26/2017 | 08:38:00 EDT | 11442031375084 | 6107979000 | 390 | 0:00:45 |
| 1/18/2017 | 15:20:04 EDT | 6107974415 | 6107979000 | 390 | 0:12:18 |