# EXHIBIT E

# 'Many millions' lost in Dan Schantz fire, owner says



The owners of the Dan Schantz farm said a fire that ripped through one of its buildings Tuesday night caused more than a million dollars in damages, including the loss of flowers and bulbs awaiting shipment.

By **Matt Coughlin**
Of The Morning Call

---

SHARE THIS                                                  

'Many millions' lost in Dan Schantz fire

JANUARY 6, 2017, 6:20 PM    |    LOWER MILFORD TOWNSHIP

**D**an Schantz Farm owners believe their losses in Tuesday's fire will be "many millions" of dollars, as insurance and fire officials continue their investigation.

Controller and co-owner Lisa Myers said that Dan Schantz Farm & Greenhouse's production area and coolers were lost in the fire Tuesday night at the 83-acre farm at Spinnerstown Road and Plover Lane in Lower Milford Township. Those losses include many bulbs that were being stored in the coolers.

Myers said that January is a planting period so, luckily, the holiday season was over. If the fire had happened a month ago at the "new head house" packaging and shipping area, it would have been full of poinsettias and other flowers awaiting shipment for the holidays.

The next big season will be Easter, which Myers pointed out is later than usual this year, falling on April 15. She said the company expects to have no difficulties meeting consumer demand at that time.

The insurance company is still working on the estimate, Myers said.

A lot of the debris has been cleaned up and workers have been getting temporary planting lines set up. One of the major concerns after the fire was saving the company's flowers and bulbs. Myers said the less than frigid temperature Wednesday night helped, and that workers were able to heat the greenhouses to save the flowers and bulbs.

For the time being, the shipments are being routed through Schantz's facility in Pipersville, Bucks County.

Myers said that investigators believe the fire may have started with an electrical short in the ceiling of the new head house.

Copyright © 2017, Lehigh Valley Business Cycle



Production ▼     Technology ▼     Business Management ▼     Varieties ▼     Retailing



Trending Now: The Latest Articles From Allan Armitage!

# Business Management

Finance/Operations | Grow Initiative | Labor | Marketing | State of the Industry | Top 100 Growers

# Two Major Growers Recovering and Rebuilding After Fires

Previous Article     Next Article

    

January 17, 2017     January 18, 2017
Dallas Johnson     Upcoming Seminars
Greenhouses Owner     to Focus on
Passes Away at 78     Managing the
                     Greenhouse

By: **Janeen Wright | Laura Drotleff**                    January 17, 2017

✉ Email     🖶 Print     f Facebook 22

G+ Google     in LinkedIn 1     🐦 Twitter

𝓟 Pinterest

Two major growers in Pennsylvania and Michigan are recovering and rebuilding after fires swept through their facilities recently.

A massive fire destroyed the main office building at Spring Meadow Nursery in Grand Haven, MI, early in the morning on Sunday, January 15. The first fire, which occurred at Dan Schantz Farm and Greenhouses in Zionsville, PA, on



**FLAMINGO**

- 10-12 weeks to finish
- Pre-cooled, spike orchids
- Available as flask, liners or 4"

**ORCHIDS**     < Click For Details >

## Latest Stories

March 29, 2017

**How You Can Embrace Greenhouse Food Production With Con...**







March 25, 2017

**What Marketing Approach Can Attracts the Most Customers...**

January 3, damaged the main building used for packing and shipping and destroyed bulbs and flowers waiting for shipment. Despite the damage, employees are busy planting and preparing for the spring season.

It's "Game on at Dan Schantz," according to the company's Facebook page, and co-owner Patrick Flanley says it's business as usual for the company's customers, who will not be affected by the fire and should still receive their products on time.



Firefighters from more than four counties battled the three-alarm fire, which consumed the production, shipping, storage, maintenance, and soil rooms at Dan Schantz, causing more than $1 million in damages. Crews arrived to battle the fire around 8:30 p.m. January 3, and worked through the night to contain the blaze. Fire marshalls believe an electrical short in the head house sparked the blaze.



March 24, 2017

**New Horticulturist At Hoffman Nursery Will Focus On Dev...**



March 21, 2017

**How Greenhouse Vegetable Growers Can Prepare for a Prod...**

The company was able to salvage some materials from the receiving department, and its satellite locations have pitched in to lend a hand with production.

"The first week after the fire was slow getting started, but we are planting daily," Flanley says.

Partners and long-time employees have come together to re-build. Once workers clear the area, the rebuild will start, with an expected mid-summer completion, Flanley says.



Dan Schantz Farm and Greenhouses is No. 33 on
***Greenhouse Grower's* 2016 Top 100 Grower list** with

March 16, 2017

1,814,381 square feet of environmentally controlled space and 10 acres of field production. It operates from four locations, three in Pennsylvania and one in Maryland, growing a variety of annuals, indoor blooming and foliage plants, Easter bulbs, poinsettias, fall flowers, edibles, and more. In addition to its wholesale customers, the company supplies its retail store in Allentown, PA.

### Fire Destroys Main Office Building at Spring Meadow Nursery

A massive fire destroyed the main office building at Spring Meadow Nursery in Grand Haven, MI, early in the morning on Sunday, January 15. Six fire departments responded to the blaze and were successful in keeping the fire from spreading to any greenhouses or other structures.

Early estimates from Robinson Township Fire Department Chief Paul VanVelzen put the damage at $1.5 million, according to a Fox News Channel 17 article.

On its Facebook page, the operation stated:

"We are fortunate that no one was hurt and damage to our growing structures was minimal. We can replace things, we can replace walls, but we can't replace our team of employees. Thank you all so much for your concern and support."

Spring Meadow Public Relations Manager Mark Osgerby says no greenhouses suffered any major damage, and all remain fully operational. No plants or growing space were lost in the fire, and customer orders are unaffected and completely secure for the coming season.

The growing operation's offices are currently being relocated on the property and will be fully operational with phone and email service by mid-week this week. Spring Meadow Nursery plans to continue to provide the same level of high-quality customer service and plant product as it works to replace its infrastructure.

Osgerby says while the cause of the fire is unknown, the building was fully insured. Safeguards to protect important documents allowed for Spring Meadow to recover data after the fire.



How Brand Enthusiasts Can Be Your Most Loyal Customers



March 14, 2017

Expanded Customer Footprint, E-Commerce, Succession Key...



RootShield PLUS+

Larger Stronger Roots

BIOLOGICAL FUNGICIDE

Safe Trusted Proven

CLICK HERE



March 14, 2017

AmericanHort's First-Ever CareerUP Event to Take Place ...



March 12, 2017

Horticultural Research Institute Rings in New Research Institute Year With ...



The BIG Easy!

BiG

Benary

March 10, 2017

"By placing critical documents in fireproof cabinets and maintaining offsite backups of all digital files, we lost no data or important information," he says.

Plans are already in process for a new and larger office to accommodate the continuously growing staff necessary to serve a growing customer base.

Spring Meadow Nursery, Inc., produces flowering shrubs and potted liners, and is a plant breeder that also represents other breeders. The nursery grows more than 500 varieties of woody ornamental plants, including 274 varieties marketed under the Proven Winners Color Choice brand, like Invincibelle Spirit II Hydrangea, Incrediball Hydrangea, Bloomerang lilacs, Wine & Roses weigela, and more.

For the latest information about the company's accessibility and office rebuild, **visit its Facebook page**. Visit the **Spring Meadow Nursery web site** for more information on the company.

For tips on how to protect your greenhouse from disasters such as these, **check out an article** posted on GreenhouseGrower.com last year.

**TOPICS: Dan Schantz Farm, Fire, Spring Meadow**

## Leave a Reply

Enter your comment here...

## More From Business Management...


Costa Farms Expands With Purchase of Indoor Houseplant ...


March 10, 2017
Passionate Horticulture Writers Wanted To Join Our Team


TetraCURB CONCENTRATE
DEADLY FOR MITES*
HEALTHY FOR PLANTS
- Zero REI & PHI
- 50% active ingredient in concentrate
- Compatible in beneficial programs
[ CLICK HERE ]
for more information about TetraCURB Concentrate.
KEMIN


March 7, 2017
Local Florists Celebrate Women's Day and SAF Prom...


March 7, 2017
American Floral Endowment Receives Major Contribution t...


March 7, 2017
Altman Plants in Escrow to Purchase EuroAmerican Propag...


March 2, 2017
Greenhouse Grower State of the Industry Whitepaper Avai...


February 27, 2017
State of the Industry Webinar Available for On-Demand V...

February 24, 2017



March 29, 2017

## How You Can Embrace Greenhouse Food Production With Confidence



March 25, 2017

## What Marketing Approach Can Attracts the Most Customers to Your Greenhouse?



March 24, 2017

## New Horticulturist At Hoffman Nursery Will Focus On Developing New And Better



AmericanHort Names New Board Members and Officers for 2...



February 22, 2017

Emerging Industry Leaders Earn Business Management Cert...



February 18, 2017

Top 100 Growers Survey for 2017 Is Now Open!



About  |  Contact Us  |  Advertise
|  Meister Media Worldwide  |  Meister Interactive
Terms of Use  |  Privacy Policy
|  Reprint Permissions  |  Subscribe

The leader in profits, production, and education for greenhouse growers.

© 2017 Meister Media Worldwide

≡ 

Allentown
**47°**

(http://www.wfmz.com/lehigh-valley-regional-news-story?
p_p_id=49&p_p_life... **(http://www.wfmz.com/weather)**

**1.00% APY MONEY MARKET** *for 12 months*
**FINANCIAL SOLUTIONS FOR YOUR LIFE** Now at Hamilton Crossings

**UNIVEST**
BANKING | INSURANCE | INVESTMENTS
Member FDIC
Learn More

**LEHIGH VALLEY (/NEWS/LEHIGH-VALLEY-1)**

# Dan Schantz Farm rebuilding underway

**By:** Emma Wright (http://www.wfmz.com/meet-the-team/emma-wright/142856870) ✉ (mailto:emma.wright@wfmz.com)
**Posted:** Feb 20, 2017 10:34 PM EST
**Updated:** Feb 21, 2017 04:34 PM EST

VIDEO: Dan Schantz Farm rebuilding...

LOWER MILFORD TOWNSHIP, Pa. - Rebuilding is underway at Dan Schantz Farm in Lower Milford Township.

A large fire in early January destroyed much of the farm's production and storage areas.

Owner Patrick Flanley said his team started to clean-up and plan the rebuild two days after the fire.

"It's going to go in stages, I'm hoping to have a shell up...by the end of March," he said.

Flanley said dealing with the aftermath of the fire can be stressful but he's looking forward to the future.

He said production is up and running and the farm is preparing for Easter, one of their busiest seasons.





Allentown
**47°**

(http://www.wfmz.com/lehigh-valley-regional-news-story?
p_p_id=49&p_p_lifecycle=1&p_p_state=normal...

**(http://www.wfmz.com/weather)**

Flanley said if all goes according to plan, the rebuilding will be completed by mid-June.

ALL RIGHTS RESERVED. THIS MATERIAL MAY NOT BE PUBLISHED, BROADCAST, REWRITTEN OR REDISTRIBUTED.

**0 Comments**                                                                                      Sort by   Newest ▼

Add a comment...

☐ Facebook Comments Plugin

## This Week's Circulars



**HOVER FOR CIRCULAR**



**HOVER FOR CIRCULAR**



**HOVER FOR CIRCULAR**

JCPenney

**STORMCENTER UPDATE**

There is 1 closing active. (http://www.wfmz.com/weather/stormcenter)

