# EXHIBIT G

1/18/2017   ELANP/GENB/PT
(MARTIN ROBERT J
610-797-4415 (CALLER ID))

"Dove"      3:20 PM
- HAS COUNSEL BEFORE
- HAS 16 LICENSE AGREEMENTS
- WILL SHOW CLAIM CHARTS

- "Could file tomorrow"
- WANTS PROTECTION AGAINST DECLARATORY RELIEF

