IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, | : | |
| | : | Docket No. |
| Plaintiff, | : | 5:17-cv-00403-JLS |
| | : | |
| v. | : | |
| | : | |
| DAVID J. CATANZARO, | : | |
| Defendant. | : | |

### [Proposed] ORDER

Now, this ____ day of _____, 2017, the Honorable Jeffrey L. Schmehl, having considered Defendant David J. Catanzaro's Motion for Disciplinary Action, and the parties' briefs and arguments in relation thereto:

Defendant's Motion for Disciplinary Action is DENIED;

Defendant shall pay Plaintiff's attorney's fees and costs associated with the preparation and filing of the Response in Opposition to Defendant's Motion for Disciplinary Action.

SO ORDERED:

_____
Hon. Jeffrey L. Schmehl