## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAN SCHANTZ FARM &** | : | **CIVIL ACTION** |
| **GREENHOUSES, LLC** | : | |
| | : | |
| **v.** | : | **NO.    17-403** |
| | : | |
| **DAVID J. CATANZARO** | : | |

### O R D E R

**AND NOW,** this 17TH day of April, 2017, it is **ORDERED** that a **PRETRIAL CONFERENCE (RULE 16)** shall be held on **Thursday, June 1, 2017 at 2:30 p.m.**, in the Courtroom of Judge Jeffrey L. Schmehl, The Madison Building, Room 401, 400 Washington Street, Reading, Berks County, Pennsylvania,

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R.Civ. P. 26(a) within 20 days of the date of this Order;
2. The parties shall commence discovery **immediately**;
3. After consultation with counsel for all parties, counsel shall complete and submit the required Joint Status Report pursuant to Rule 26 (f);
4. Counsel shall follow Judge Schmehl's Policies and Procedures which can be found at www.paed.uscourts.gov.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.