# EXHIBIT E





# THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventors: | David Catanzaro |
| Serial No.: | 09/505,791 |
| Filed: | 17 February 2000 |
| Title: | ARTICLE ASSEMBLY |

Examiner:    Gary Graham

Group Art Unit:    1744



## TERMINAL DISCLAIMER

Hon. Commissioner
    Of Patents & Trademarks
Washington, D.C. 20231

Dear Sir:

     This Terminal Disclaimer is to overcome a potential double patenting rejection for the above-identified case.

**DATE MAILED:** _____9/1/01_____

01/04/2001 MMULDER1 00000110 09505791

01 FC:803                            55.00 OP



CORRECTION OF PATENTS                                    1490

PTO/SB/26 (10-99)
Approved for use through 9/30/2000. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid. OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT | Docket Number (Optional) |
|---|---|

In re Application of:    David Catanzaro

Application No.:    09/505,791

Filed:    February 17, 2000

For:    Article Assembly

The owner*, David Catanzaro, of _____100_____ percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer of prior Patent No. 6,026,532. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐    For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☐    The undersigned is an attorney or record.

Signature _____    Date 8/27/01

Typed or printed name    David Catanzaro

☒    Terminal disclaimer fee under 37 CFR 1.20(d) included.

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO SB/96 may be used for making this statement. See MPEP § 324.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

Rev. 1, Feb. 2000