# Douglas Panzer

**From:** Lisa Myers <LMyers@danschantz.com>
**Sent:** Wednesday, February 01, 2017 3:13 PM
**To:** Douglas Panzer
**Subject:** RE: Litigation Status Update - ATTORNEY/CLIENT PRIVILEGE

The gist of the conversation with my receptionist:
'I don't know why they (we) had to start litigation. I don't know why they just didn't pay me the $5000 and be done with it. Now they'll have attorney's fees. He won't have any, because he's going to defend himself.'
Her only response: I'm not the person who you need to talk to., etc.



**Lisa A. Myers**
Controller / Partner in Charge of Accounting
Dan Schantz Farm & Greenhouse, LLC
Ph: 610-967-2181 Fax: 610-967-4824
www.danschantz.com

All electronic transmissions and attachments thereto forwarded by Dan Schantz Farm & Greenhouses, LLC and its employees are the property of Dan Schantz Farm & Greenhouses, LLC; the information contained in or attached to this electronic transmission constitutes confidential information and may be privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution or dissemination of this information is strictly prohibited.

REDACTED - PRIVILEGED