IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, :<br>Plaintiff, : <br> : <br> v. : <br> : <br> DAVID J. CATANZARO, : <br> Defendant. : <br> : | Docket No.<br>5:17-cv-00403-JLS<br><br>**JURY DEMAND** |

## CERTIFICATE OF SERVICE

I, Douglas Panzer, attorney for Dan Schantz Farm & Greenhouses, LLC, hereby certify that I have mailed a copy of Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint by first class mail, postage prepaid, to the following:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA 18407

FITZPATRICK LENTZ & BUBBA, P.C.

Date:   May 11, 2017        BY: _____
Douglas Panzer
PA Bar I.D. #203354
Attorney for Plaintiff
4001 Schoolhouse Lane
P.O. Box 219
Center Valley, PA 18034-0219
(610) 797-9000