IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, | : : | Docket No. |
| Plaintiff, | : : | 5:17-cv-00403-JLS |
| v. | : : | **JURY DEMAND** |
| DAVID J. CATANZARO, | : : | |
| Defendant. | : : | |

## CERTIFICATE OF SERVICE

I, Douglas Panzer, attorney for Dan Schantz Farm & Greenhouses, LLC, hereby certify that I have mailed a copy of Plaintiff's Motion To Strike Defendant's Response In Opposition To Plaintiff's Response In Opposition To Defendant's Motion To Dismiss Plaintiff's First Amended Complaint And Defendant's Response In Opposition To Plaintiff's Response In Opposition To Defendant's Motion For Disciplinary by first class mail, postage prepaid, to the following:

    David J. Catanzaro
    286 Upper Powderly Street
    Carbondale, PA 18407

    FITZPATRICK LENTZ & BUBBA, P.C.

Date:   May 24, 2017         BY: _____
    Douglas Panzer
    PA Bar I.D. #203354
    Attorney for Plaintiff
    4001 Schoolhouse Lane
    P.O. Box 219
    Center Valley, PA 18034-0219
    (610) 797-9000