IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAN SCHANTZ FARM & GREENHOUSES, LLC, | : : | |
| Plaintiff, | : : | Docket No. 5:17-cv-00403-JLS |
| v. | : : | |
| DAVID J. CATANZARO, | : | |
| Defendant. | : | |

## [Proposed] ORDER

Now, this ____ day of _____, 2017, the Honorable Jeffrey L. Schmehl, having considered Plaintiff's Motion to Strike and arguments in relation thereto:

Defendant's Response in Opposition to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 21) is STRICKEN; and

Defendant's Response in Opposition to Plaintiff's Response in Opposition to Defendant's Motion for Disciplinary Action (Doc. 22) is STRICKEN.

SO ORDERED:

_____
Hon. Jeffrey L. Schmehl