# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAN SCHANTZ FARM & GREENHOUSES, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.   17-403 |
| | : | |
| **DAVID J. CATANZARO** | : | |

## O R D E R

**AND NOW,** this 1st day of June, 2017, **IT IS HEREBY ORDERED** that a telephone conference is scheduled for ***Thursday, June 8, 2017 at 11:30 a.m.*** with the Honorable Jeffrey L. Schmehl.  Counsel for the Plaintiff shall initiate the telephone conference call and when all parties are on the line, call Chambers at 610-320-5099.

BY THE COURT:


***/s/ Jeffrey L. Schmehl***
**JEFFREY L. SCHMEHL, J.**