## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAN SCHANTZ FARM &** | : | **CIVIL ACTION** |
| **GREENHOUSES, LLC** | : | |
| | : | |
| **v.** | : | **NO. 17-403** |
| | : | |
| **DAVID J. CATANZARO** | : | |

### O R D E R

**AND NOW,** this 13th day of June, 2017, **IT IS HEREBY ORDERED** that a telephone conference is scheduled for *__Thursday, June 22, 2017 at 4:00 p.m.__* with the Honorable Jeffrey L. Schmehl.  Counsel for the Plaintiff shall initiate the telephone conference call and when all parties are on the line, call law clerk Chris Lyding at 267-299-7562 and then Chambers at 610-320-5099.

        **BY THE COURT:**


        */s/ Jeffrey L. Schmehl*
        **JEFFREY L. SCHMEHL, J.**