**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAN SCHANTZ FARM &** : **CIVIL ACTION** | |
| **GREENHOUSES, LLC** : | |
| : | |
| **v.** : NO.   17-403 | |
| : | |
| **DAVID J. CATANZARO** : | |

## O R D E R

**AND NOW,** this 22nd day of June, 2017, **IT IS HEREBY ORDERED** that the telephone conference previously scheduled for June 22, 2017 is rescheduled for ***Monday, June 26, 2017 at 3:00 p.m.*** with the Honorable Jeffrey L. Schmehl.  Counsel for the Plaintiff shall initiate the telephone conference call and when all parties are on the line, call Chambers at 610-320-5099.

                **BY THE COURT:**

                ***/s/ Jeffrey L. Schmehl***
                **JEFFREY L. SCHMEHL, J.**