**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAN SCHANTZ FARM          :   CIVIL ACTION
GREENHOUSES, LLC            :
                                  :
         v.                    :   NO.    17-403
                                  :
DAVID J. CATANZARO           :

## O R D E R

       **AND NOW,** this 27th day of June, 2017, it is **ORDERED** that a status conference shall be held on **Friday, September 15, 2017 at 2:00 p.m.**, in the Courtroom of Judge Jeffrey L. Schmehl, The Madison Building, Room 401, 400 Washington Street, Reading, Berks County, Pennsylvania,

                    **BY THE COURT:**

                    **/s/ Jeffrey L. Schmehl**
                    **JEFFREY L. SCHMEHL, J.**