# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAN SCHANTZ FARM & GREENHOUSES, LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   17-403** |
| | : | |
| **DAVID J. CATANZARO** | : | |

## O R D E R

**AND NOW,** this 27th day of June, 2017, **IT IS HEREBY ORDERED** that this matter is **REFERRED** to United States Magistrate Judge Henry S. Perkin for the purpose of scheduling and conducting a mediation before the end of August, 2017.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**